**THOMAS R. SUOZZI**
County Executive



**LORNA B. GOODMAN**
County Attorney

**COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820**
PHONE: 516-571-3056  FAX: 516-571-3058
Writer's Direct Line: 516-571-6063

March 16, 2005

Hon. E. Thomas Boyle
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722

   Re: Cokley v. County of Nassau, et al.
     <u>CV-03-0903 (DRH) (ETB)</u>

Dear Magistrate Judge Boyle:

 We are counsel for the defendants in the above-referenced action and write to inform the Court that this matter has been settled.

 A Stipulation and Order of Dismissal shall be filed with the Court upon execution.

         Respectfully submitted,


         Bernadette K. Ford
         Deputy County Attorney

cc: Thomas Sheehan, Esq.